**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1501**

_____

ADAM L. PERKINS,

Plaintiff - Appellant,

versus

TOWN OF PRINCEVILLE; PRINCEVILLE POLICE
DEPARTMENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.   Malcolm J. Howard,
Senior District Judge.   (4:04-cv-00168-H)

_____

Submitted:  December 11, 2006      Decided:  February 7, 2007

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adam L. Perkins, Appellant Pro Se.   Melissa Robin Davis, Alycia
Sarah Levy, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North
Carolina, Norwood Pitt Blanchard, III, CRANFILL, SUMNER & HARTZOG,
LLP, Wilmington, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam L. Perkins appeals the district court's order granting summary judgment against Perkins on his claims of religious discrimination and failure to accommodate under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Perkins v. Town of Princeville, No. 4:04-cv-00168-H (E.D.N.C. Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED